**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo DOMINGUEZ–FLORES,
Defendant–Appellant.**

No. 08–10515.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Sept. 30, 2009.

Brent Landis, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Douglas A. Passon, Assistant Federal Public Defender, Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Alfredo Dominguez–Flores appeals from the 46–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Dominguez–Flores contends, among other things, that the district court erred when it imposed a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1) because his prior Arizona state conviction for attempted transportation of marijuana for sale does not constitute a drug trafficking offense. We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Nunez,* 223 F.3d 956, 958 (9th Cir.2000); *see also United States v. Bibler,* 495 F.3d 621, 623–24 (9th Cir.2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.